FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2015

No. 04-15-00102-CV

Cathy **GIDDINGS,**
Appellant

v.

Ralph **CURTIS** M.D.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-06825
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On May 13, 2015, this court issued an order requiring Appellant show cause within ten days as to why this appeal should not be dismissed for want of prosecution. About the same time, Appellant filed a letter with this court explaining her allegations against Appellee in the underlying case. To the extent that Appellant intended this letter to be her brief, it is STRICKEN and a brief in compliance with the Texas Rules of Appellate Procedure must be filed by May 26, 2015 or this appeal will be dismissed for want of prosecution. Appellant is further instructed to ensure that any factual statements in the brief are supported by record references and that the brief contains a clear and concise argument for the contentions made, with appropriate citations to the record. If the amended brief does not correct the violations, we may strike the brief and prohibit Appellant from filing another. *See* TEX. R. APP. P. 38.9.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2015.

Keith E. Hottle
Clerk of Court